# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| ALMA ALINE SHELLHAMMER § | CAUSE NO. 18-10058 |
| xxx-xx-8846 § | (CHAPTER 11) |
| 4829 US Hwy. 96 N § | |
| Jasper, Texas 75951 § | |
| § | |
| **DEBTOR** § | |

## ORDER GRANTING PROVISIONAL CLOSING OF
## CHAPTER 11 CASE FOR AN INDIVIDUAL DEBTOR

On June 10, 2019, a Motion for Provisional Closing of Chapter 11 Case for an Individual Debtor (the "Motion"), was filed by Alma Aline Shellhammer (the "Debtor") in the above referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21) day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the Court finds that just cause exists to grant a provisional closing of this case, subsequent to the filing by the Debtor of two documents:

(1) a Motion to Reopen, properly containing a request for a waiver of any fee for reopening the case as an "appropriate circumstance" for such waiver in that this case would not have been previously closed due to a dereliction of any duty by the debtor, and

(2) a Notice of Plan Completion, both to be filed upon the completion of all payments required to be made under the confirmed Chapter 11 plan. Accordingly, the Court finds that just cause exists for entry of the following order

**IT IS THEREFORE ORDERED** that the above-referenced Chapter 11 case is **PROVISIONALLY CLOSED** subject to its anticipated re-opening upon the completion of all payments required to be made under the confirmed Chapter 11 plan.

Signed on 07/05/2019

_____
THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE